UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVIDION

RE:

JORGE L. PEREZ

CASE NO. 10-23059-BKC-LMI

Chapter 7

_____Debtor_____/

## MOTION TO VACATE ORDER OF DISMISSAL

COMES NOW the Debtor, Jorge L. Perez, through undersigned counsel and file this Motion to Vacate Order of Dismissal and in support thereof states:

1. The Debtor filed for Chapter 7 Bankruptcy Relief on May 13, 2010.

2. The Assistant Chapter 7 Standing Trustee is Drew M. Dillworth.

3. The § 341 Meeting of Creditors was held on June 22, 2010. However, the creditors meeting was continued to August 6, 2010 because the Trustee needed additional supporting documents in order to conclude the meeting.

4. The debtor was unable to attend the continued §341 Meeting of Creditors due to an unforeseen family emergency.

5. Consequently, the case was dismissed on August 9, 2010 (D.E. #29)

6. The Debtor would like to continue with their bankruptcy petition. This is a no asset case and no creditors have been prejudice.

WHEREFORE, the Debtor, JORGE PEREZ, respectfully requests that this Motion to Vacate Order of Dismissal be granted, allow for his bankruptcy case to continue and grant any other relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following interested parties on this 24th day of August, 2010: Drew M. Dillworth, Trustee, 2200 Museum Tower 150 W Flagler St Miami, FL 33130; A.U.S.T., 51 S.W. 1st Avenue, Suite 1204, Miami, Florida 33130 and all secured and unsecured creditors on the attached service list.

Respectfully Submitted,

Robert Sanchez, Esq.
**THE BANKRUPTCY CLINIC, P.A.**
900 West 49th Street
Suite 500
Hialeah, Florida 33012
Telephone (305) 687-8008

**/s/ Robert Sanchez**
ROBERT SANCHEZ, ESQ

Creditor

American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002

Atlantic Credit
P.O. Box 21691
Roanoke, VA 19903

BALI II CONDOMINIUM ASSOCIATION, INC.
PO BOX 593233
ORLANDO, FL 32859

Bank of America
P.O. Box 15714
Wilmington, DE 19886

Bank of America
P.O. Box 538673
Atlanta, GA 30353-8673

Bright Star
1300 SW 2nd Ct
Ft. Lauderdale, FL 33310

Chase
P.O. Box 15153
Wilmington, DE 19886

Chase Home Mortgage
PO BOX 24696
COLUMBUS, OH 43224-0696

City Furniture
P.O. Box 9121
Des Moines, IA 50306

GreenPoint Mortgage
PO Box 84013
Columbus, OH   31908

Island One Inc
PO Box 850001
Orlando, FL   32885-0071

Underwriters At LLoyd's
9311 San Pedro, Ste.600
San Antonio, Texas 78216

World Omni
PO Box 991817
Mobile, AL   36691